**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MIDFIRST BANK** | * | **CIVIL ACTION** |
| | * | |
| | * | |
| **versus** | * | **No. 16-3941** |
| | * | |
| **KRISTIAN CRAIGE, ET AL.** | * | **SECTION "L" (5)** |

**ORDER**

Upon review of the materials presented by the parties and the extensive state court record, the Court finds it pertinent to examine the timeliness of removal. The present action was filed in state court as *Midfirst Bank versus Kristian R. Craige, Sr. and Patrice Tardieff Craige*, Case No. 2014-11890, on December 17, 2014. R. 1-1. On or around March 15, 2016, Kristian Craige filed a Complaint into the aforementioned suit, naming Midfirst Bank, CigiMortgage, Inc., CitiBank, N.A., and Citigroup, Inc. ("the City Entities") as defendants. R. 1 at 2. The Citi Entities received Craige's Complaint on March 30, 2016, and filed their Notice of Removal on April 29, 2916. R. 1 at 2. The Citi Entities removed on diversity grounds pursuant to 28 U.S.C. § 1332, claiming compliance with the provisions of 28 U.S.C. §§ 1141 and 1146.

Section 1446(b)(3) provides that a civil suit may be removed within 30 days after a defendant receives notice that the case is one which is or has become removable. However, 28 U.S.C. § 1146(c)(1) provides that a case may not be removed "under subsection (b)(3) on the basis of jurisdiction conferred by section 1332 more than 1 year after commencement of the action, unless the district court finds that the plaintiff has acted in bad faith in order to prevent a defendant from removing the action." The Citi Entities' notice of removal on grounds of diversity was filed more than one year after the commencement of the state action, Case No.

2014-11890. R. 1 at 1. The one-year limitation on diversity removal may be controlling on these facts. *See Day v. Western World Ins. Co., No. 14-00348, 2014 WL 4373301, at *5–6 (M.D. La. Sept. 3, 2014)*; *Consol. Grain & Barge, Inc. v. Anny*, Nos. 11-2204, 11-2615, 13-5827, 2014 WL 1364736, at *4 (E.D. La. Apr. 7, 2014).

With the preceding in mind, the Court finds it appropriate to order the parties to brief the propriety of removal in this matter. Therefore,

**IT IS ORDERED** that the Citi Entities shall file a brief concerning the propriety of removal on or before July 20, 2016.

**IT IS FURTHER ORDERED** that all other parties to this action may file a brief concerning the propriety of removal on or before July 20, 2016.

New Orleans, Louisiana, this 8th day of July, 2016.

UNITED STATES DISTRICT JUDGE

Cc:
Kristian R. Craige, Sr.
6306 Vanderbilt Avenue
Dallas, TX 75214
214-909-0588
PRO SE