# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

MIDFIRST BANK, CITIMORTGAGE/CITIBANK/CITIGROUP NEW FREEDOM MORTGAGE CORP., and COUNTRYWIDE HOME LOANS, INC.

v.

KRISTIAN R. CRAIGE, SR.

CIVIL ACTION

CASE NO.: 2:16-cv-03941

JUDGE: ELDON E. FALLON

MAG. JUDGE: MICHAEL NORTH

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 18 2016
WILLIAM W. BLEVINS
CLERK

****************************************************************************************************

## BRIEF CONCERNING ORDER OF THE COURT ISSUED JULY 8TH, 2016

****************************************************************************************************

**NOW COMES,** Kristian R. Craige to file a brief concerning the order of the court issued 07/08/2016 on the propriety of removal.

## STATEMENT

On March 30th, 2016 Kristian Reginald Craige, Sr. and Patrice Tardieff Craige filed a complaint in Civil District Court for the Parish of Orleans, State of Louisiana, docket number 2014-11890 against MidFirst Bank, CitiMortgage/CitiBank/Citigroup. On April 29th, 2016 Citi Mortgage, Inc., Citibank N.A., and Citigroup Inc., (collectively, "Citi Entities") filed a Notice of Removal of the case to the United States District Court and it was timely filed no more than 30 days after the Citi Entities received the complaint, in accordance with 28 U.S.C. §§ 1441 and 1446.

____ Fee ____
____ Process ____
X Dktd ____
____ CtRmDep ____
____ Doc. No. ____

## ARGUMENT

Kristian R. Craige Sr. respectfully demands that this case stay in the United States District Court. There are **NO** exceptions to the general Rule of 28 U.S.C. § 1332. The value $4,000,000.00 exceeds $75,000.00, the required amount to move to Federal Court, if not already moved. And the U.S. District Courts shall have original jurisdiction of all civil actions where the matter in controversy is between citizens of different states.

*Felton vs. Greyhound Lines Inc. 324 F. 3D771,773 (5th Circuit 2003)*

## CONCLUSION

**Wherefore,** considering the foregoing, Kristian R. Craige, Sr. respectfully prays that this court issue orders staying the case in the United States District Court in accordance to 28 U.S.C. § 1332.

Respectfully submitted,

Kristian R. Craige, Sr.

Address: 6306 Vanderbilt Avenue
Dallas, Texas 75214

E-mail: kristiancraige@gmail.com

Telephone: (214) 909-0588

## Certificate of Service

I, Kristian R. Craige, Sr., certify that service has been made on all counsel of record this 18th day of July, 2016

Kristian R. Craige Sr.

Certified Mail # 7012 2210 0002 3712 2820

**Sent To:**

Piper D. Griffin Judge,
Division "I"
Civil District Court Parish of Orleans
State of Louisiana
421 Loyola Avenue
New Orleans, LA. 70112

Kristen L. Hayes (#36490)
Kent Lambert (#31449)
Katie L. Dysart (#31449)
201 St. Charles Avenue, Suite 3600
New Orleans, LA. 70170
Counsel for Citi Entities

J. Donald Morgan LNR#14245
Kizer, Hood & Morgan, L.L.P.
2111 Quail Run Drive
Baton Rouge, LA. 70808
Counsel for MidFirst Bank

Bank of America Towers
Collier Center
20th Floor
201 East Washington Street
Phoenix, AZ. 85004
Att: Countrywide Home Loans, Inc.