# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 24 2016
WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| KRISTIAN REGINALD CRAIGE, SR. ET AL. | * | |
| Plaintiff | * | CIVIL ACTION |
| **versus** | * | No. 16-3941 |
| MIDFIRST BANK | * | |
| Defendants | * | SECTION "L" (5) |

*******************************************************************************************************

**MOTION FOR LEAVE OF COURT TO AMEND OR RE-URGE ORIGINAL COMPLAINT**

*******************************************************************************************************

Please take notice that, Kristian Craige, ET AL. move the court to amend or re-urge original complaint. The order of this court was issued on July 26, 2016.

Sincerely,

Kristian R. Craige Sr.

6306 Vanderbilt Avenue

Dallas, TX. 75214

E-mail: kristiancraige@gmail.com

Telephone: (214) 909-0588